UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-8254-RMM

UNITED STATES OF AMERICA

vs.

MITCHELLE DERWIN ROBINSON,

    Defendant.

_____/

FILED BY SP D.C.

May 18, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

                                  Respectfully submitted,
                                  MARKENZY LAPOINTE
                                  UNITED STATES ATTORNEY

BY: _____
        Brian D. Ralston
        Assistant United States Attorney
        Court ID No. A5502727
        500 South Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        Tel: (561) 209-1068
        Email: brian.ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
MITCHELLE DERWIN ROBINSON

Case No. 23-8254-RMM

FILED BY ___SP___ D.C.
May 18, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

Defendant(s)

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 17, 2023  in the county of  Palm Beach  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 and (b)(1)(A)(vi) | Attempted Possession With Intent to Distribute a Controlled Substance (Fentanyl) |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Aleida Carvajal, DEA
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Facetime

Date:  05/18/2023
Judge's signature

City and state:  West Palm Beach, Florida        Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Aleida Carvajal, first being duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I am a deputized Task Force Officer (TFO) with the DEA and have been since November 2018. As such, I am a "law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). I have received training on the subject of narcotics trafficking and money laundering from the DEA, and have been personally involved in investigations concerning the possession, manufacture, distribution, transportation and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2. Prior to my assignment with DEA, and since June 2016, I have been employed as police officer with the Palm Beach County School District Police Department. Over the course of my career, I have served in the roles of school resource officer (SRO), special response team member (SRT), and as a detective. I have conducted numerous investigations into the possession, sale, delivery, and trafficking of illegal narcotics and other controlled substances. I have investigated missing and exploited children, sex crimes, gang investigations, and corruption. I have acted in an undercover capacity to purchase narcotics from street-level dealers, conducted physical surveillance and executed numerous arrest and search warrants.

3. This affidavit is submitted in support of a criminal complaint charging Mitchelle Derwin Robinson ("ROBINSON") with attempted possession with intent to distribute fentanyl, in

violation of 21 U.S.C. §§ 841(a)(1) and 846 and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18 U.S.C. § 924(c)(1)(A).

4. The information contained in this affidavit is based on my own personal knowledge as well as information given to me by other law enforcement officers and senior DEA Agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not purport to describe everything known to your affiant concerning the investigation.

## PROBABLE CAUSE

5. On or about May 9, 2023, a United States Postal Inspection Services (USPIS) Task Force Officer was conducting proactive searches on postal databases and identified a parcel bearing common characteristics to parcels containing narcotics. The parcel had a USPS priority tracking number 9505 5131 8380 3128 8442 62 and was addressed to "Amy Sharp, 1050 Blanche Street #204, West Palm Beach, FL, 33401." The return address was addressed to "Jenna Stern, 9 Hancock, Irvine, CA, 92620."

6. On May 11, 2023, the parcel was opened following a positive alert by a narcotics-trained canine and pursuant to a federal search warrant (Case No. 23-8238-RMM). Within the parcel, law enforcement recovered 1,484.2 grams of a white powdery substance. Based upon the agents' training and experience as well as field testing, the substance found inside the parcel was identified as fentanyl, a schedule II controlled substance.

7. On May 12, 2023, agents obtained a federal search warrant authorizing the installation and use of a tracking device for the parcel, as well as, an anticipatory search warrant for the residence located at 1050 Blanche Street, Apartment 204, West Palm Beach, Florida, where the package was to be delivered (Case No. 23-8242-RMM and 23-8243-RMM). On May 15, 2023, Agents conducted a controlled delivery which ultimately resulted in the identification of a confidential

source ("CS"). The CS informed law enforcement personnel that the parcel belonged to Nikunte Khadafy JONES ("JONES") and that JONES coordinated the mailing of the parcel. The CS stated that JONES had on previous occasions mailed parcels to his residence and had individuals pick up the parcels from his residence.[1]

8. On May 16 and 17, 2023, the CS, at the direction of agents, conducted controlled phone calls with JONES who indicated that the parcel would be picked up by unknown persons in West Palm Beach, Florida on May 17, 2023. On that same day, in West Palm Beach, Florida, the CS, at the direction of agents, conducted a controlled transfer of sham narcotics, which were contained in a same plasticware container that contained the fentanyl that was seized by law enforcement as described above. During this controlled transfer, the CS received phone communications from JONES who provided directions to the Steel Tie Spirits parking area located at 1615 Clare Ave, West Palm Beach, Florida 33401.

9. After receiving direction from JONES and arriving at the parking lot of 1615 Clare Ave, West Palm Beach, Florida 33401, the CS exited his vehicle and approached a silver 2015 silver Nissan 4-door sedan driven by a male later identified by law enforcement as ROBINSON. The CS approached ROBINSON's vehicle on the driver side and handed ROBINSON a bag containing the plasticware with the sham narcotics. The CS advised ROBINSON that there was loose powder, which the CS stated appeared to be fentanyl, in the bag containing the plasticware. ROBINSON accepted the bag and placed in his vehicle. ROBINSON then departed the location in his vehicle.

---

[1] The CS shall be referred to herein in the masculine gender even though this may not be reflective of the CS's true gender.

10. A short distance away, law enforcement personnel conducted an arrest of ROBINSON while he was still inside the vehicle. As agents removed ROBINSON from his vehicle to place him under arrest, they observed an infant child in a car seat in the front passenger area of the vehicle. Agents also observed the bag that contained the sham narcotics in the back-passenger seat in the floorboard area. On top of the bag containing the sham narcotics, agents observed a green drawstring bag that contained a Glock Model 26 semi-automatic pistol with an extended magazine. Agents asked Robinson if there were any items in the vehicle that would pose a danger to the agents. ROBINSON stated that there was a gun in the vehicle.

## CONCLUSION

11. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that Mitchelle Derwin Robinson committed the crimes of attempted possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
ALEIDA CARVAJAL
TASK FORCE OFFICER
U.S. DRUG ENFORCEMENT ADMINISTRATION

Sworn to and Attested to me by Telephone (Facetime)
in accordance with Fed. R. Crim. P. 4(d) and 4.1, on
this 18 day of May 2023.

_____
HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MITCHELLE DERWIN ROBINSON

**Case No**: 23-8254-RMM

Count 1:

Attempted Possession With Intent to Distribute a Controlled Substance (Fentanyl)

21 U.S.C. §§ 841(a)(1), 846, 841(b)(1)(A)(vii)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 10 years
* Max. Supervised Release: 5 years to life term of supervised release
* Max. Fine:  $10,000,000
* Special Assessment: $100

Count 2:

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. § 924(c)(1)(A)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable): 5 years
* Max. Supervised Release: 5 years
* Max. Fine:  $250,000
* Special Assessment: $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.