Case number 23-CR-80097

FILED BY NC D.C.

FEB 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Judge Rosenberg

My name is Mitchelle D Robinson Your honor I know the Jury found me guilty but I am innocent Yes I made a mistake I never been in trouble like this in my life this is my first time being in trouble I am not a problem Person never been to Jail until now I been getting a SSI since I was born with Disability but I am a great father to my three son I been there in they life from the Day they was born didn't miss no birthdays school meetings nothing Your honor I help the older ones with they home work they also have Autisms they need me and I need them Your honor the older two are ten and eight and the last one are one years old I am married Your honor my wife and kids need me also and I need them I know things look crazy Your honor but I am not what they making me out to be I am a very nice and respectful person Your honor I feel like its not fair to me my wife and kids I am innocent I cry in the shower not knowing whats going to happen with me for the reason of my life I know alot of people say they innocent but I am your honor Thank for reading my letter Proverbs three five and six trust in the Lord with all your heart and lean not on Your own understanding in all Your Ways submit to him and he will make Your Paths straight

Mitchelle Robinson 0540544
3228 Gun club Rd   PO Box 1450
West Palm beach FL
33406

Paul G Rogers Federal building
701 Clematis St
West Palm beach FL
33401



Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents